# OSBORN LAW P.C.

Daniel A. Osborn, Esq.          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.           ltrust@osbornlawpc.com

## MEMORANDUM ENDORSED

June 9, 2026

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Capellan v. Commissioner of Social Security,*
       Civil Action 1:26-cv-02114-VSB-GWG

Dear Judge Gorenstein,

We write on behalf of plaintiff, Gregorio Capellan, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on June 17, 2026 per the Court's May 19, 2026 Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload with overlapping deadlines over the upcoming weeks.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before **September 15, 2026**;

2. Defendant to file its response/cross-motion on or before **December 14, 2026**; and

3. Plaintiff to file his reply (if any) on or before **December 28, 2026.**

43 West 43rd Street, Suite 131   Telephone 212-725-9800  osbornlawpc.com
New York, New York 10036    Facsimile  212-500-5115  info@osbornlawpc.com

Honorable Gabriel W. Gorenstein
June 9, 2026
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:     212-725-9800
Facsimile:     212-500-5115
ltrust@osbornlawpc.com

The Civil Justice Reform Act (CJRA) contemplates that a Court shall file a decision on a social security appeal within 9 months of the filing of the administrative record.  But this letter proposes a seven-and-a-half month briefing schedule as measured from the filing of the record, with plaintiff's brief to be filed four months after the administrative record was filed.  It also provides for a three month response time by the Government even though there is no indication whatsoever that such a lengthy period is needed by the Government.  This schedule leaves little time for the Court to meet the CJRA deadline.

The Court tries to be as accommodating as possible to litigants as to briefing schedules.  It is certainly a help that the parties have consented to jurisdiction by the undersigned as meeting the CJRA deadline would have been all the harder had there been no such consent.

Nonetheless, even with the breathing room provided by the consent,  this letter does not provide justification for such a lengthy briefing schedule.  The Court will instead extend the deadline for plaintiff's brief to August 31, 2026.  Opposition by the Government shall be filed by October 30, 2026.  Any reply shall be filed by November 13, 2026.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 9, 2026