# OSBORN LAW P.C.

Daniel A. Osborn, Esq. dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

MEMORANDUM ENDORSED

August 31, 2026

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Capellan v. Commissioner of Social Security,*
Civil Action 1:26-cv-02114-VSB-GWG

Dear Judge Gorenstein,

We write on behalf of plaintiff, Gregorio Capellan, and with the consent of the defendant, to request a 4-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on August 31, 2026 per the Court's June 9, 2026 Order Granting Extension of Time. This is the parties' second request for an extension of time. The undersigned requests this extension due to having a sudden GI virus that began early this morning.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before **September 4, 2026**;
2. Defendant to file its response/cross-motion on or before **November 3, 2026**; and
3. Plaintiff to file his reply (if any) on or before **November 17, 2026.**

43 West 43rd Street, Suite 131 Telephone 212-725-9800 osbornlawpc.com
New York, New York 10036 Facsimile 212-500-5115 info@osbornlawpc.com

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)

The proposed schedule is approved.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 31, 2026